JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO MARTINEZ MANZANERA,<br>Petitioner,<br>v.<br>WARDEN DESERT VIEW ANNEX,<br>Respondents. | Case No. 5:26-cv-04945-JAK-MBKx<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

DATE: October 6, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE